

# Fourth Court of Appeals

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
5/4/2015 3:52:58 PM
KEITH E. HOTTLE
Clerk

## NOTIFICATION OF LATE RECORD

Court of Appeals No., if known: 04-15-00110-CV

Trial Court Style: IN THE MATTER OF THE ESTATE OF WILLIAM H. MCNUTT, DECEASED

Trial Court No.: 2284

I am the official responsible for preparing the clerk's record/reporter's record [circle one] in the above-referenced appeal. The approximate date of trial was: NOVEMBER 19, 2014
The record was originally due: APRIL 21, 2015
I anticipate the length of the record to be: 4 VOLUMES APPROXIMATELY 1,500 PAGES

I am unable to file the record by the date such record is due because [check one]:

☐ The appellant is not entitled to appeal without paying the fee, and the appellant has failed to pay the fee or make arrangements to pay the fee for preparing such record.

☑ My other duties or activities preclude working on the record and include the following [attach additional pages if needed]:

I have been working on this appeal in all of my spare time without compromising the duties of the office.

I am a combo clerk in a small office and left with little time to work on extra duties. I have been out of the office attending a clerk's continuing education conference and will be out in May, June and July for additional conferences.

☐ Other. Explain [attach additional pages if needed]: _____

_____

I anticipate the record will be completed by: JUNE 28, 2015

I, as the undersigned court official, certify that a copy of this Notification of Late Record has been served by first class mail of fax to the parties to the judgment or order being appealed.

Date: May 4, 2015          Signature: *Haydee Torres*
                           Printed
                           Name: HAYDEE TORRES

                           Title: COUNTY CLERK, KIMBLE COUNTY, TEXAS

Rev. 1.8.14